# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHIGEO NAKAGOSHI,**

          **Plaintiff,**

-vs-                                                     Case No. 6:06-cv-338-Orl-28KRS

**MITSUKOSHI USA, INC.,**

          **Defendant.**

## ORDER

This case is before the Court on Defendant's Motion for an Award of Attorney's Fees from Plaintiff and Plaintiff's Attorney (Doc. No. 26) filed October 26, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed May 15, 2007 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion for an Award of Attorney's Fees from Plaintiff and Plaintiff's Attorney (Doc. 26) is **DENIED**.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida this _____ day of June, 2007.

                                              JOHN ANTOON II
                                              United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party